# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140603(58)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

RANDALL LEE DOWDY,
      Defendant-Appellee.
_____

SC: 140603
COA: 287689
Ingham CC: 08-000249-FH

      On order of the Chief Justice, the motion by defendant-appellee for extension to November 2, 2010 of the time for filing a reply brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2010

_____
Clerk